# In the United States Court of Federal Claims

FRANCES L. GREENHILL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-854C

Filed September 11, 2008

**ORDER**

On August 20, 2008, the Court granted a second request for enlargement of time to file the parties' joint preliminary status report, setting a date of September 9, 2008. On September 9, defendant's counsel filed a third request for enlargement of time, requesting a further extension to September 23, 2008, because Government counsel had been unable to reach plaintiff's recently retained counsel until September 9.

The Court **ORDERS** that defendant's motion is **GRANTED**. The parties' joint preliminary status report is now due on or before **Tuesday, September 23, 2008.**

The Court notes that counsel for Ms. Greenhill has not yet entered an appearance in this case. Counsel is encouraged to do so promptly. Given that both parties are now represented by counsel, the Court plans to designate this case for electronic filing through the CM/ECF system as soon as counsel for plaintiff enters his or her appearance. If either party objects to such designation, it is to file that objection by **Tuesday, September 16, 2008.**

**IT IS SO ORDERED.**

GEORGE W. MILLER
Judge